IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DELTA RF TECHNOLOGY, INC.,
a Nevada corporation,

  Plaintiff,

v.

RIIMIC, LLC d/b/a SUNAIR ELECTRONICS,  CASE NO. 5:09-cv-00373-WTH-GRJ
a Florida limited liability corporation, and
COMMUNICATIONS HOLDINGS, LLC, a
Florida limited liability company, f/k/a/
SUNAIR ELECTRONICS, LLC.

  Defendants.
_____/

## DEFENDANT'S UNOPPOSED MOTION
## FOR ENLARGEMENT OF TIME TO REPSOND TO THE COMPLAINT

  Defendant, RIIMIC, LLC ("RIIMIC") respectfully requests, pursuant to Fed. R. Civ. P. 6(b), that this Court enter an Order granting it a brief enlargement of time, up to and including Monday, November 16, 2009, to respond to the Complaint, and states:

  1. Plaintiff served the Complaint on RIIMIC on October 16, 2009. Pursuant to Federal Rule of Civil Procedure 12(a), RIIMIC's response is due on Thursday, November 5, 2009.

  2. The parties have conferred and agreed that RIIMIC will have until Monday, November 16, 2009 to respond to the Complaint. Accordingly, RIIMIC respectfully requests a ten-day enlargement, up to and including Monday, November 16, 2009, to file and serve its response.

3. The requested enlargement will not prejudice the parties or unduly delay the proceedings in this matter.

WHEREFORE, Defendant RIIMIC, LLC respectfully requests that the Court enter an order enlarging Defendant's time to respond to the Complaint up to and including Monday, November 16, 2009.

                Respectfully submitted,

                WHITE & CASE LLP
                Attorneys for Defendant
                200 South Biscayne Boulevard, Suite 4900
                Miami, FL 33131-2352
                Telephone: (305) 371-2700
                Facsimile:  (305) 358-5744

                By: /s/ Erika M. Serran
                      Erika M. Serran
                      Florida Bar No. 054540
                      eserran@whitecase.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of November 2009, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Erika M. Serran