UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DELTA RF TECHNOLOGY, INC., a Nevada
corporation,

                Plaintiff,

v.                                                                     Case No.  5:09-cv-373-Oc-10GRJ

RIIMIC, LLC, a  Florida limited liability
corporation d/b/a Sunair Electronics,
COMMUNICATIONS HOLDINGS, LLC., a
Florida limited liability company f/k/a Sunair
Electronics, LLC,

                Defendants.

_____

## ORDER

        Pending before the Court is Defendant's Unopposed Motion For Enlargement Of Time To Respond To The Complaint. (Doc. 3.)  Defendant, RIIMIC, LLC requests an enlargement of time, to and through November 16, 2009, within which to respond to Plaintiff's Complaint.  Defendant represents that Plaintiff has no objection.

        Upon due consideration, Defendant's Unopposed Motion For Enlargement Of Time To Respond To The Complaint (Doc. 3) is **GRANTED**.  Defendant, RIIMIC, LLC shall respond to Plaintiff's Complaint (Doc. 1) on or before **November 16, 2009.**

        **IT IS SO ORDERED.**

        **DONE AND ORDERED** in Ocala, Florida, on November 3, 2009.

                                 GARY R. JONES
                                 United States Magistrate Judge

Copies to:
        All Counsel