IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DELTA RF TECHNOLOGY, INC.,
a Nevada corporation,

    Plaintiff,

v.

RIIMIC, LLC d/b/a SUNAIR ELECTRONICS,      CASE NO. 5:09-cv-00373-WTH-GRJ
a Florida limited liability corporation, and
COMMUNICATIONS HOLDINGS, LLC, a
Florida limited liability company, f/k/a/
SUNAIR ELECTRONICS, LLC.

    Defendants.
_____/

## DEFENDANT'S UNOPPOSED MOTION
## FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Defendant, RIIMIC, LLC ("RIIMIC") respectfully requests, pursuant to Fed. R. Civ. P. 6(b), that this Court enter an Order granting it a brief enlargement of time, up to and including Friday, November 27, 2009, to respond to the Complaint, and states:

    1.    Plaintiff served the Complaint on RIIMIC on October 16, 2009. Pursuant to Federal Rule of Civil Procedure 12(a), RIIMIC's response was due on Thursday, November 5, 2009.

    2.    On November 2, 2009, RIIMIC filed an unopposed motion to extend its deadline to file a response to the Complaint up to and including Monday, November 16, 2009. (D.E. 3.) The Court granted that motion. (D.E. 4.)

    3.    RIIMIC and Defendant Delta RF Technology, Inc. are currently discussing the possibility of settlement. As a result, the parties have conferred and agreed that RIIMIC will have until Monday, November 30, 2009 to respond to the Complaint. Accordingly, RIIMIC

respectfully requests a second enlargement, up to and including Monday, November 30, 2009, to file and serve its response.

3.   The requested enlargement will not prejudice the parties or unduly delay the proceedings in this matter.

WHEREFORE, Defendant RIIMIC, LLC respectfully requests that the Court enter an order enlarging Defendant's time to respond to the Complaint up to and including Monday, November 30, 2009.

Respectfully submitted,

WHITE & CASE LLP
Attorneys for Defendant
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

By: /s/ Erika M. Serran
    Erika M. Serran
    Florida Bar No. 054540
    eserran@whitecase.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of November 2009, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Erika M. Serran