UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DELTA RF TECHNOLOGY, INC., a Nevada corporation,

          Plaintiff,

v.                          Case No. 5:09-cv-373-Oc-10GRJ

RIIMIC, LLC, a Florida limited liability corporation d/b/a Sunair Electronics, COMMUNICATIONS HOLDINGS, LLC., a Florida limited liability company f/k/a Sunair Electronics, LLC,

          Defendants.

_____

**ORDER**

Pending before the Court is Defendant's Unopposed Motion For Enlargement Of Time To Respond To The Complaint. (Doc. 5.) The Court previously extended Defendant, RIIMIC, LLC's deadline to file a response to the Complaint until November 16, 2009. See Doc. 4. Now, Defendant requests a further enlargement of time, to and through November 30, 2009, because it is currently engaged in settlement discussions with Plaintiff. Defendant represents that Plaintiff has no objection to the requested enlargement of time.

Accordingly, Defendant's Unopposed Motion For Enlargement Of Time To Respond To The Complaint (Doc. 5) is **GRANTED**. Defendant, RIIMIC, LLC shall file its response to Plaintiff's Complaint (Doc. 1) on or before **November 30, 2009.**

      **IT IS SO ORDERED.**

      **DONE AND ORDERED** in Ocala, Florida, on November 16, 2009.

                                                        GARY R. JONES
                                                        United States Magistrate Judge

Copies to:
      All Counsel