# RETURN OF SERVICE

State of                County of                                    Court

Case Number: 5:09-CV-373-OC-10-GRJ

Plaintiff,:
**DELTA RF TECHNOLOGY, INC., a Nevada Corporation,**

vs.

Defendant,:
**RIIMIC, LLC, d/b/a SUNAIR ELECTRONICS, a Florida Limited Liability Corporation, and COMMUNICATIONS HOLDINGS, LLC, a Florida Limited Liability Company f/k/a SUNAIR ELECTRONIC'S, LLC,**

For:
Zachary D. Messa, Esquire
johnson, Pope, Bokor, Ruppel & Burns, LLP

Received by R. Scott Childress Investigations on the 14th day of October, 2009 at 9:00 am to be served on **RIIMIC, LLC, d/b/a SUNAIR ELECTRONIC'S c/o Elliot Kessler, as Registered Agent, 4020 Sheridan Street, Suite C, Hollywood, FL 33021**.

I, Hector Castro, do hereby affirm that on the **16th day of October, 2009** at **9:50 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Case and Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **Elliot Kessler** as **Registered Agent** for **RIIMIC, LLC, d/b/a SUNAIR ELECTRONIC'S**, at the address of: **4020 Sheridan Street, Suite C, Hollywood, FL 33021**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in good standing in the circuit in which it was served.

Hector Castro
SPS# 287

R. Scott Childress Investigations
P.O. Box 694
Odessa, FL  33556
(813) 918-7688

Our Job Serial Number: 2009011643

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3u

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA – OCALA DIVISION

DELTA RF TECHNOLOGY, Inc.,
A Nevada corporation,

       Plaintiff,

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER: 5:09-CV-373-OC-10GRJ

RIIMIC, LLC d/b/a SUNAIR ELECTRONICS, a
Florida limited liability corporation, and
COMMUNCIATIONS HOLDINGS, LLC, a
Florida limited liability company f/k/a SUNAIR
ELECTRONIC'S, LLC,

       Defendants.

TO:    RIIMIC, LLC d/b/a SUNAIR ELECTRONICS
        c/o Elliot Kessler, as Registered Agent
        4020 Sheridan Street, Suite C
        Hollywood, Florida 33021

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

        Zachary D. Messa, Esq.
        Johnson, Pope, Bokor, Ruppel & Burns, LLP
        403 E. Madison Street, Suite 400
        Tampa, FL 33602

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH                               8/25/09

CLERK                                                                     DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER ((PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                        Date                                          Signature of Server

                                                               _____
                                                               Address of Server

98503/79013

1304831