# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## MIddle District District of Florida

Case Number: 5:09-CV 373 OC-10GRJ

Plaintiff:
**DELTA RF TECHNOLOGY, INC.**

vs.

Defendants:
**RIIMIC, LLC, ET AL.**

For:
Johnson, Pope, Bokor, Ruppel & Burns, LLP
403 E. Madison Street
Suite 400
Tampa, FL  33602

Received by R. Scott Childress Investigations on the 14th day of October, 2009 at 8:08 am to be served on **Communications Holdings, LLC f/k/a Sunair Electronic's LLC, c/o Synnott B. Durham, RA, 3400 SW 60th Avenue, Ocala, FL 34474**.

I, Michael W. Jones, do hereby affirm that on the **14th day of October, 2009** at **11:35 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **SYNNOTT B. DURHAM** as **REGISTERED AGENT** for **Communications Holdings, LLC f/k/a Sunair Electronic's LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Michael W. Jones
Process Server ID# 89-6-3

R. Scott Childress Investigations
P.O. Box 694
Odessa, FL  33556
(813) 918-7688

Our Job Serial Number: 2009003401

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3u

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA – OCALA DIVISION

DELTA RF TECHNOLOGY, Inc.,
A Nevada corporation,

       Plaintiff,

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER: 5:09CV373-OC-10GRJ

RIIMIC, LLC d/b/a SUNAIR ELECTRONICS, a
Florida limited liability corporation, and
COMMUNCIATIONS HOLDINGS, LLC, a
Florida limited liability company f/k/a SUNAIR
ELECTRONIC'S, LLC,

       Defendants.

---

TO:    COMMUNICATIONS HOLDINGS, LLC f/k/a Sunair Electronic's, LLC
         c/o Synnott B. Durham, as Registered Agent
         3400 SW 60th Avenue
         Ocala, Florida 34474

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

         Zachary D. Messa, Esq.
         Johnson, Pope, Bokor, Ruppel & Burns, LLP
         403 E. Madison Street, Suite 400
         Tampa, FL 33602

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH                                                   8/25/09
CLERK                                                                       DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER ((PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served:_____
_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____
_____

☐  Returned unexecuted:_____
_____
_____
_____

☐  Other *(specify):*_____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                                                                Signature of Server

                                                                            _____
                                                                            Address of Server

98503/79013
130491