UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DELTA RF TECHNOLOGY, Inc.,
A Nevada corporation,

      Plaintiff,

v.                              CASE NUMBER: 5:09-CV-373-OC-10GRJ

RIIMIC, LLC d/b/a SUNAIR
ELECTRONICS, a Florida limited
liability corporation, and COMMUNICATIONS
HOLDINGS, LLC, a Florida limited liability
company f/k/a SUNAIR ELECTRONIC'S, LLC,

      Defendants.
_____/

## REQUEST FOR ENTRY OF CLERK'S DEFAULT

Plaintiff, Delta RF Technology, Inc. requests entry of clerk's default against Communications Holdings, LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, pursuant to the Return of Service [Doc. No. 9] Communications Holdings, LLC has failed to answer or otherwise respond to Plaintiff's Complaint within twenty (20) days of the Service of Process.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to: **Erika M. Serran, Esq. and Sheldon Philip, Esq.**, White & Case LLP, 200 S Biscayne Blvd Ste 4900, Miami, Florida 33131-2346.

I also HEREBY CERTIFY that on the 15th day of December, 2009, a hardcopy of the foregoing was served via regular U.S. Mail on the following non-CM/ECF participants: Communications Holdings, LLC f/k/a Sunair Electronic's, LLC, c/o Synnott B. Durham, as Registered Agent, 3400 SW 60th Avenue, Ocala, Florida 34474 and **Samuel J. Heller, Esq.**, Englander and Fischer, P.A., 721 1st Avenue North, St. Petersburg, Florida 33701.

        JOHNSON, POPE, BOKOR,
        RUPPEL & BURNS, LLP.

        /s/ Zachary D. Messa
        Zachary D. Messa
        FBN #513601
        zacharym@jpfirm.com
        Post Office Box 1100
        Tampa, FL  33601-1100
        (813) 225-2500, (813) 223-7118
        *Counsel for Plaintiff*

132997