**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**DELTA RF TECHNOLOGY, INC.**, a Nevada corporation,

                **Plaintiff,**

-vs-                                                 Case No. 5:09-cv-373-Oc-10GRJ

**RIIMIC, LLC**, a Florida limited liability corporation d/b/a Sunair Electronics, **COMMUNICATIONS HOLDINGS, LLC.**, a Florida limited liability company f/k/a Sunair Electronics, LLC,

                **Defendants.**

_____

**ENTRY OF DEFAULT**

    Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **Communications Holdings, LLC** in Ocala, Florida on this ___15th___ day of December, 2009.

                                                         SHERYL L. LOESCH, CLERK

                                                        _____*L. Fannin*_____
                                                    By:    L. Fannin, Deputy Clerk

Copies furnished to:

Counsel of Record