UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| DELTA RF TECHNOLOGY, INC. a Nevada corporation, | ) ) ) |
| Plaintiff/Counterclaim Defendant, | ) ) |
| v. | ) Case No. 5:09-cv-373-Oc-10GRJ ) |
| RIIMIC, LLC, a Florida limited liability corporation d/b/a/ Sunair Electronics, | ) ) ) |
| Defendant/Counterclaim Plaintiff; and | ) ) |
| COMMUNICATIONS HOLDINGS, LLC, a Florida limited liability company f/k/a Sunair Electronics, LLC, | ) ) ) ) |
| Defendant. | ) ) |

**STIPULATED MOTION FOR SUBSTITUTION OF COUNSEL**

The law firms of White & Case LLP and Kozyak Tropin & Throckmorton P.A. file this stipulated motion requesting that Kozyak Tropin & Throckmorton P.A. be substituted as counsel for RIIMIC, LLC d/b/a/ Sunair Electronics, and that White & Case LLP be relieved of all future responsibility as counsel in the above-styled case.

All pleadings, orders, and other papers in this action should be served on Kenneth R. Hartmann, Esq., David M. Buckner, Esq., and Jorge Schmidt, Esq., at Kozyak Tropin & Throckmorton P.A., 2525 Ponce De Leon Blvd., Ninth Floor, Coral Gables, FL 33134.

| | |
|---|---|
| WHITE & CASE LLP | KOZYAK TROPIN & THROCKMORTON |
| 200 South Biscayne Blvd. | 2525 Ponce De Leon Blvd. |
| Suite 4900 | Ninth Floor |
| Miami, FL 31331 | Coral Gables, FL 33134 |
| Telephone: (305) 371-2700 | Telephone: (305) 372-1800 |
| Facsimile: (305) 358-5744 | Facsimile: (305) 372-3508 |

| | |
|---|---|
| _s/Erika M. Serran_____ | _s/Jorge Schmidt_____ |
| Erika M. Serran | Kenneth R. Hartmann |
| Florida Bar No. 054540 | Florida Bar No. 664286 |
| E-mail: eserran@whitecase.com | David M. Buckner |
| | Florida Bar No. 60550 |
| | Jorge Schmidt |
| | Florida Bar No. 781711 |
| | E-mail: js@kttlaw.com |
| | |
| Dated: December 17, 2009 | Dated: December 16, 2009 |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

 _s/Erika M. Serran_____
Erika M. Serran
Florida Bar No. 054540
Attorney for RIIMIC, LLC
WHITE & CASE LLP
200 South Biscayne Blvd., Suite 4900
Miami, FL 31331
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
E-mail: eserran@whitecase.com