UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DELTA RF TECHNOLOGY, INC., a Nevada
corporation,

          Plaintiff,

v.                                  Case No.  5:09-cv-373-Oc-10GRJ

RIIMIC, LLC, a  Florida limited liability
corporation d/b/a Sunair Electronics,
COMMUNICATIONS HOLDINGS, LLC., a
Florida limited liability company f/k/a Sunair
Electronics, LLC,

          Defendants.

_____

## ORDER

Pending before the Court is the Stipulated Motion For Substitution Of Counsel. (Doc. 12.)  Defendant RIIMIC, LLC requests that the law firm of White & Case LLP be permitted to withdraw as counsel of record and that the law firm of Kozyak Tropin & Throckmorton P.A. be substituted in its place.

Upon due consideration, the Stipulated Motion For Substitution Of Counsel (Doc. 12) is **GRANTED.**  Erika M. Serran, Esq., Sheldon Philp, Esq., and the law firm of White & Case LLP are relieved of further responsibility for the representation of RIIMIC, LLC in this cause.  Kenneth R. Hartmann, Esq.,  David M. Buckner, Esq., Jorge Schmidt, Esq., and the law firm of Kozyak Tropin & Throckmorton P.A. are hereby substituted as counsel of record for RIIMIC, LLC.

    **IT IS SO ORDERED.**

    **DONE AND ORDERED** in Ocala, Florida, on December 18, 2009.

GARY R. JONES
United States Magistrate Judge

Copies to:
    All Counsel