UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DELTA RF TECHNOLOGY, INC., a Nevada
corporation,

Plaintiff,

v.                                                                          Case No.  5:09-cv-373-Oc-10GRJ

RIIMIC, LLC, a  Florida limited liability
corporation d/b/a Sunair Electronics,
COMMUNICATIONS HOLDINGS, LLC., a
Florida limited liability company f/k/a Sunair
Electronics, LLC,

Defendants.
_____

**ORDER**

        Pending before the Court is Defendant RIIMIC, LLC's Motion For Leave To File A

Reply In Support of Its Motion to Amend. (Doc. 23.)

        Upon due consideration, Defendant RIIMIC, LLC's Motion For Leave To File A

Reply In Support of Its Motion to Amend is **GRANTED**. Defendant RIIMIC, LLC may file

a reply of no more than four pages. The reply shall be filed within **five (5) days** of the

date of this order.

        **IT IS SO ORDERED.**

        **DONE AND ORDERED** in Ocala, Florida, on July 20, 2010.

                                                    GARY R. JONES
                                                    United States Magistrate Judge

Copies to:
        All Counsel