**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**DELTA RF TECHNOLOGY, INC.,** a
Nevada corporation

    Plaintiff,

v.                                                    Case No:5:09-CV-373-Oc-10PRL

**RIIMIC, LLC** and
**COMMUNICATIONS HOLDINGS, LLC**

    Defendants.

## ORDER

This matter is before the Court on Judgment Creditor RIIMIC's Motion to Compel Discovery. (Doc. 119). Defendant, RIIMIC, LLC previously obtained a judgment against Plaintiff that remains unsatisfied. In efforts to discover assets which may be seized or garnished to satisfy its judgment, RIIMIC served a First Request for Production of Documents upon Plaintiff's trial counsel on November 14, 2012. After getting no response, RIIMIC's counsel contacted Plaintiff's trial counsel, Zachary Messa, who advised that he represents Plaintiff on appeal but not at the trial level. Accordingly, on January 22, 2013, RIIMIC served its document request on Plaintiff, by facsimile and regular mail. Plaintiff failed to respond to the document request and thus, RIIMIC filed the instant motion. Plaintiff has not filed a response and its time for doing so has passed.

Pursuant to Rule 69(a)(2) of the Federal Rules of Civil Procedure, a judgment creditor may obtain discovery from the judgment debtor as provided by the Federal Rules or by the procedure of the state where the court is located. As such, the Plaintiff has the option of using the rules of discovery provided in the Federal Rules or the option of utilizing the procedures for

- 2 -

discovery in aid of execution provided under Florida Law. Here, Plaintiff has promulgated requests for production – a discovery procedure which is permitted under both federal and Florida law.

The scope of discovery under Rule 69(a) and Florida law is broad, permitting a judgment creditor to obtain discovery not only of the debtors current assets, but also information relating to past financial transactions. *See e.g., STG Secure Trading Group, Inc. v. Solaris Opportunity Fund, LP*, No. 06-81018-CIV, 2007 WL 3131335, at *2 (S.D. Fla. Oct. 24, 2007); *British Intern. Ins. Co., Ltd. v. Seguros La Republica, S.A.,* 200 F.R.D. 586, 589 (W.D. Tex. 2000.) Indeed, the purpose of post-judgment discovery is to learn information relevant to the existence or transfer of the judgment debtor's assets. *British Intern. Ins. Co., Ltd.*, 200 F.R.D. at 589. Here, RIIMIC's discovery requests appear to be directed toward identifying and locating assets for the purpose of executing her judgment.

Accordingly, and in the absence of any objection from Plaintiff, RIIMIC's Motion (Doc. 119) is due to be **GRANTED.** On or before **March 29, 2013**, Plaintiff shall serve complete responses and provide responsive documents to RIIMIC's First Request for Production of Documents. Responses should be directed to the attention of Plaintiff's counsel:

    Mark Goldstein
    111 NE 1st St, Third Floor
    Miami, FL 33132

The Court defers ruling at this time on RIIMIC's request for attorney's fees and costs for bringing this Motion.

- 3 -

     **DONE** and **ORDERED** in Ocala, Florida on March 15, 2013.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

Sarkis Kazarian, President
Delta RF Technology, Inc.
4855 Joule St., Suite B1
Reno, Nevada 89502